**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 07-6952**

—————

JOSEPH GRAYSON WARD,

                              Plaintiff - Appellant,

       versus

BEAUFORT COUNTY DETENTION CENTER; SILENT
KNIGHT COMPANY, Fire Alarm Sound Device
Manufacturer; TONY BUSH, Jail Doctor; COASTAL
EMPIRE FIRE AND SECURITY, INCORPORATED,
Computer System-Fire Alarm System Installation
Contractor; INTEGRATOR; MARK FITZGIBBONS, Jail
Administrator,

                              Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. R. Bryan Harwell, District Judge.
(2:04-cv-00792-RBH)

—————

Submitted: December 13, 2007     Decided: December 19, 2007

—————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Joseph Grayson Ward, Appellant Pro Se. Marshall Hodges Waldron,
Jr., CAROLINA LITIGATION ASSOCIATES, LLC, Bluffton, South Carolina;
John K. Blincow, Jr., TURNER, PADGET, GRAHAM & LANEY, PA,
Charleston, South Carolina; Hal A. Shillingstad, FLYNN, GASKINS &
BENNETT, Minneapolis, Minnesota; Thomas Chester Hildebrand, Jr.,
HAYNSWORTH, SINKLER & BOYD, PA, Charleston, South Carolina; Morris

Dawes Cooke, Jr., BARNWELL, WHALEY, PATTERSON & HELMS, LLC, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Grayson Ward appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ward v. Beaufort County Det. Ctr., No. 2:04-cv-00792-RBH (D.S.C. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*In his informal brief and informal reply brief, Ward asserts error only in the district court's denial of relief on his claims against defendants Beaufort County Detention Center and Mark Fitzgibbons. Accordingly, he has waived review of the denial of relief against the other defendants. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief.").